Opinion filed January 26,
2012

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-11-00367-CR

                                                    __________

 

                                        ROEL
GARZA, Appellant 

 

                                                             V.

 

                                      STATE
OF TEXAS, Appellee



 

                                    On
Appeal from the 35th District Court

                                                           Brown
County, Texas

                                                 Trial
Court Cause No. CR-21,147

 



 

                                            M
E M O R A N D U M    O P I N I O N

            Roel
Garza has filed in this court a motion to dismiss his appeal.  Pursuant to Tex. R. App. P. 42.2, the motion
is signed by both appellant and his counsel.

The
motion is granted, and the appeal is dismissed.

 

                                                                                                PER
CURIAM                                   

January 26, 2012

Do not publish. 
See Tex. R. App. P.
47.2(b).

Panel consists of:  Wright, C.J.,

McCall, J., and Kalenak, J.